UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RAYMOND,<br><br>         Plaintiff,<br><br>  -against-<br><br>BJ'S WHOLESALE CLUB, INC.,<br><br>         Defendant. | 23-cv-3975 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Defendant BJ's Wholesale Club, Inc. removed this case from the Supreme Court of the State of New York, County of Nassau to the Southern District of New York on May 12, 2023. (ECF No. 1.) Under 28 U.S.C. § 1441(a), "[c]ases may be removed from state court only 'to the [federal] district court…for the district and division embracing the place where such action is pending.'" *Mitchell v. BJs Wholesale Club*, No. 23-CV-724 (KPF), 2023 WL 1438719, at *1 (S.D.N.Y. Feb. 1, 2023) (quoting 28 U.S.C. § 1441(a)). This action was originally filed in, and the events underlying the lawsuit took place in, Nassau County, which is covered by the Eastern District of New York. (*See* https://www.nyed.uscourts.gov.)

  The Court issued an Order to Show Cause, directing Defendant to show cause in writing by May 19, 2023 why this action should not be transferred to the Eastern District of New York. (ECF No. 4.) To date, Defendant has not responded to the Court's order. Accordingly, the Court hereby transfers this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1406(a). *See Mitchell*, 2023 WL 1438719, at *1.

  The Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York and to remove the case from this Court's docket.

**SO ORDERED.**

**Dated:**     **May 24, 2023**
              **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**